UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HARDIN,<br><br>          Plaintiff,<br><br>    v.<br><br>D. BAUGHMAN, et al.,<br><br>          Defendants. | No. 2:17-cv-1340 MCE AC P<br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 25, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen (140) days. ECF No.14. Plaintiff has not filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed October 25, 2018, (14) are ADOPTED in full;

////

1

2. Formerly named defendants Baughman and Gonzalez are DISMISSED from this action without prejudice; and

    3. This action shall proceed on Plaintiff's remaining claims.

    IT IS SO ORDERED.

Dated:  November 28, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE