Xavier Becerra, State Bar No. 118517
Attorney General of California
Michelle L. Angus, State Bar No. 210031
Supervising Deputy Attorney General
Justin Walker, State Bar No. 276757
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
  Telephone:  (916) 210-7326
  Facsimile:  (916) 324-5205
  E-mail: Justin.Walker@doj.ca.gov
*Attorneys for Defendant Sparks*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LEON HARDIN**,<br><br>                                        Plaintiff,<br><br>          v.<br><br>**D. BAUGHMAN, et al.**,<br><br>                                        Defendants. | Case No. 2:17-cv-01340 MCE AC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Leon Hardin and Defendants Sparks and Dennis have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: 4-4-19

LEON HARDIN (AH-6695)
Plaintiff

Dated: 4/4/19

Justin Walker,
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendant Sparks

Dated: 4/4/2019

Susana Solano, Esq.,
Kronick Moskovitz Tiedemann & Girard
Attorneys for Defendant Dennis

SA2019300066
13594269.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:17-cv-01340 MCE AC)

# CERTIFICATE OF SERVICE

Case Name:  **Leon Hardin v. D. Baughman, et al.**   Case No.   **2:17-cv-01340 MCE AC**

I hereby certify that on April 4, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On April 4, 2019, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Leon Hardin
AH-6695
California State Prison - Sacramento
P.O. Box 290027
Represa, CA  95671-0027
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 4, 2019, at Sacramento, California.

| M. Schwarzkopf | /s/ M. Schwarzkopf |
|---|---|
| Declarant | Signature |

SA2019300066
13611852.docx