1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    LEON HARDIN,                               No.  2:17-cv-1340 MCE AC P

11              Plaintiff,

12         v.                                    ORDER

13    D. BAUGHMAN, et al.,

14              Defendants.

15

16        Plaintiff, a state prisoner proceeding pro se, has filed a motion for an extension of time.

17    ECF No. 39.  The motion does not identify the deadline plaintiff wishes to extend or how much

18    additional time he seeks.  Presumably, he is seeking to extend his deadline to object to the May

19    27, 2021 findings and recommendations, as there are no other pending deadlines.  Good cause

20    appearing, the motion will be granted.  Plaintiff is advised that if he seeks any further extensions

21    of time, he should identify the deadline he wants to extend and state how much additional time he

22    would like.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time,

24    ECF No. 39, is GRANTED.  Within twenty-one days of the service of this order, plaintiff may

25    file objections to the May 27, 2021 findings and recommendations.

26    DATED: June 22, 2021

27                                            _____
                                             ALLISON CLAIRE
28                                           UNITED STATES MAGISTRATE JUDGE