UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HARDIN,<br><br>    Plaintiff,<br><br>v.<br><br>D. BAUGHMAN, et al.,<br><br>    Defendants. | No. 2:17-cv-1340 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 36. Plaintiff has filed objections to the findings and recommendations, ECF Nos. 42, 44, to which defendants have responded, ECF No. 43.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27, 2021, ECF No. 36, are adopted in full;

2. Plaintiff's requests to withdraw from the settlement agreement and re-open the case, ECF Nos. 34, 37, are DENIED.

IT IS SO ORDERED.

Dated: July 14, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE