UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON HARDIN, | No. 2:17-cv-1340 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| D. BAUGHMAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for transcripts at the government's expense. Plaintiff's in forma pauperis status has been revoked, ECF No. 59, and his appeal has been dismissed as frivolous, ECF No. 60.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for transcripts, ECF No. 57, is DENIED.

DATED: January 24, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE