UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEON HARDIN,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>D. BAUGHMAN, Warden at CSP-Sacramento; et al.,<br><br>　　　　Defendants - Appellees. | No. 21-16426<br><br>D.C. No. 2:17-cv-01340-MCE-AC<br>U.S. District Court for Eastern California, Sacramento<br><br>**MANDATE** |

The judgment of this Court, entered January 21, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7



| UNITED STATES COURT OF APPEALS | FILED |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 21 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

LEON HARDIN,

       Plaintiff-Appellant,

 v.

D. BAUGHMAN, Warden at CSP-Sacramento; et al.,

       Defendants-Appellees.

No.   21-16426

D.C. No. 2:17-cv-01340-MCE-AC
Eastern District of California, Sacramento

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

The district court certified that this appeal is not taken in good faith and revoked appellant's in forma pauperis status. *See* 28 U.S.C. § 1915(a). On November 24, 2021, the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record and response to the court's November 24, 2021 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 12), and dismiss the appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

LAB/MOATT

No further filings will be entertained in this closed case.

**DISMISSED**.